

# Fourth Court of Appeals
## San Antonio, Texas

April 10, 2024

No. 04-24-00118-CV

Miles G. **GOOD**,
Appellant

v.

Marissa C. **GOOD**,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 20-429
Honorable Kirsten Cohoon, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on April 10, 2024.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of April, 2024.

_____
Luz Estrada, Chief Deputy Clerk